**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000052**
**09-JUL-2025**
**08:24 AM**
**Dkt. 29 ODMR**

NO. CAAP-25-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
FRANCIS ANTHONY GRANDINETTI, also known as ALBERT
FERNANDEZ, also known as FRANK MYERS, also known as
FRANK IRANDINE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3PC930000141)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the July 3, 2025 "Defendant on **Motion** for Partial Reconsideration of Judgment Within Ten Days of Decision, HRAP," filed by self-represented Defendant-Appellant Francis **Grandinetti**, the papers in support, and the record, it appears that Grandinetti seeks reconsideration of the June 25, 2025 Order dismissing this appeal for lack of jurisdiction. Grandinetti presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, July 9, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge